ORIGINAL             ORIGINAL

Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant*
KENNETH YU XIANG HUANG

# United States District Court
## for the Northern District of California
### San Francisco Courthouse

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Plaintiff*,<br>vs.<br><br>KENNETH YU XIANG HUANG,<br><br>*Defendant*. | No. **2:19-CR-00027-001 WHO**<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>Date:       September 26, 2019<br>Time:      1:30 pm<br>Department: Courtroom 02, 17th Floor, Hon.<br>                    William H. Orrick, presiding |

**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant is in agreement with the recommendations of the presentence report.

Dated:  Oakland, California, Thursday, September 12, 2019.

*/s/ Robert J. Beles*
_____
Robert J. Beles
Attorney for Defendant

## PROOF OF SERVICE

I, the undersigned, depose and state: I reside or do business within the County of Alameda. I am eighteen years of age or older and not a party to this action. My business address is 1 Kaiser Plaza, Suite 2300, Oakland, CA 94612-3642.

On Thursday, September 12, 2019, I served the following documents:

**Defendant's Sentencing Memorandum**

I served the following persons:

| | |
|---|---|
| J.D. Woods<br>U.S. Probation Office<br>fax: (415) 581-7436<br>email: john_woods@canp.uscourts.gov<br>(email) | Christopher Davide Vieira<br>450 Golden Gate Ave., 11th Floor<br>San Francisco, CA 94102<br>(ECF/PACER) |

I declare under penalty of perjury that the above is true. Executed in Oakland, California on Thursday, September 12, 2019.

*/s/ Paul McCarthy*